**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 18 2007

JAMES W. McCORMACK, CLERK
By: J. Turman
DEP CLERK

FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
__JONESBORO__ DIVISION

CASE NO. __3:07CV00194-WRW-HDY__

This case assigned to District Judge __Wilson__
and to Magistrate Judge __Young__

I. Parties

In item A below, place your full name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

A. Name of plaintiff: __Anthony Fitzgerald Farley__
ADC # _____
Address: __350 Afco Rd. West Memphis, Ar.__

Name of plaintiff: _____
ADC # _____

Address: _____

Name of plaintiff: _____
ADC # _____

Address: _____

In item B below, place the full name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

B. Name of defendant: __Zane Boyd__
Position: __Jail Administrator__
Place of employment: __Crittenden County Det. Facility__
Address: __350 Afco Road West Memphis, Ar. 72301__

Name of defendant: __Teresa Bonner__
Position: __Chief Jailer__
Place of employment: __Crittenden County Det. Facility__

Name of defendant: <u>Chris Madden</u>
Position: <u>Officer/Jailer</u>
Place of employment: <u>Crittenden County Det. Facility</u>
Address: <u>350 Afco Road West Memphis, Ar. 72301</u>

Name of defendant: <u>Doug McKinney</u>
Position: <u>Officer/Jailer</u>
Place of employment: <u>Crittenden County Det. Facility</u>
Address: <u>350 Afco Road West Memphis, Ar. 72301</u>

Name of defendant: <u>Terry Alexander</u>
Position: <u>Officer/Jailer</u>
Place of employment: <u>Crittenden County Det. Facility</u>
Address: <u>350 Afco Road West Memphis, Ar. 72301</u>

Address: 350 Afco Road West Memphis, Ar. 72301

Name of defendant: Scott Benton

Position: Supervisor

Place of employment: Critenden County Det. Facility

Address: 350 Afco Road West Memphis, Ar. 72301

Name of defendant: John Holleman

Position: Officer / Jailer

Place of employment: Critenden County Det. Facility

Address: 350 Afco Road West Memphis, Ar. 72301

II. Are you suing the defendants in:

- ☐ official capacity only
- ☐ personal capacity only
- ☑ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

Defendants: _____

☐ Court (if federal court, name the district; if state court, name the county):

☐    Docket Number: _____

☐    Name of judge to whom case was assigned: _____

☐    Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐    Approximate date of filing lawsuit: _____

☐    Approximate date of disposition: _____

IV. Place of present confinement: **Crittenden County Detention Facility**

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

**X**   in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.) explain: _____

VI. The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A. Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes _____ No **✓**

B. Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes _____ No **✓**

If not, why? fear of retaliation.

VII.  Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On June 16, 2007 after being booked into the Crittenden County Detention Facility, I was escorted to Pod Em by Officer Doug McKinney. The cell that Ofc. McKinney was placing me in was very unsanitary and considering the fact that I had over 20 staples in my back, some of which were infected, I requested a different cell assignment. Upon that request Ofc. McKinney was taking me back to booking to get the situation resolved when we met Officer Chris Madden and Ofc. McKinney explained the situation to him. Ofc. Madden stated that we would return to Pod Em and get everything straightened out. As I turned and began to walk Ofc. Madden placed his hand directly on my lower

back and began to push me. I immediately stopped and stated to Ofc. Madden that I did not need his assistance to walk, that I had a serious injury to my back with over 20 staples in it and for him not to touch me again. As we proceeded to walk Ofc. Madden deliberately did the same thing again by pushing me in my lower back. I then pushed his hand away from my back and his response was to shove me against the wall and came at me as if he were about to strike me or grab me around the throat. To protect myself I struck Ofc. Madden with my right hand. At this point Ofc. M<sup>c</sup> Kinney grabbed me from behind placing me in a choke-hold which rendered me unconscious within seconds. When I became conscious again I was hit in the facial area twice with handcuffs by Officer Terry Alexander, kicked in the face and head by Officer John Holleman, my right arm was being held by Officer Doug

McKinney and Supervisor Scott Benton was lying prone on my back with his right arm around my throat while using his left hand to pull my left arm away from my face while Ofc. Madden punched me in my face 4 or 5 times while saying, "If you ever hit me again I'll fucking kill you!" After this I was taken to the booking area off camera inside cell 120 where I was thrown around by Officers Madden, McKinney, Holleman and Alexander while Supervisor Benton stated, "If you ever hit one of my officer's again, we'll kick your ass the same way and then give you a charge." After 30 to 45 minutes an ambulance arrived and I was taken to Crittenden Regional Hospital and treated for multiple lacerations to my face and given a cat-scan for a possible concussion because I was bleeding from my right ear.

VIII. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensatory damages in the amount of $1 million, Nominal damages of $1.00, Punitive damages of $2 million and any and all other damages which could be granted by the court.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 14th day of December, 20 07.

*[signature]*

Signature(s) of plaintiff(s)