IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ANTHONY FITZGERALD FARLEY                                                          PLAINTIFF

V.                                     3:07CV00194 JFF

ZANE BOYD, Administrator, Crittenden County
Detention Facility; TERESA BONNER, Chief Jailer,
Crittenden County Detention Facility; CHRIS MADDEN,
Jailer, Crittenden County Detention Facility; DOUG
McKINNEY, Jailer, Crittenden County Detention Facility;
TERRY ALEXANDER, Jailer, Crittenden County
Detention Facility; SCOTT BENTON, Supervisor,
Crittenden County Detention Facility; and JOHN
HOLLEMAN, Jailer, Crittenden County Detention Facility            DEFENDANTS

**ORDER**

Pending before the Court is Plaintiff's Motion to Compel (docket entry # 46) the Defendants to respond to his discovery requests. Defendants have responded (docket entry #47) and it appears the only remaining issue relates to whether there exists video surveillance of the incidence giving rise to this cause of action. Therefore, to the extent that Defendants have responded to Plaintiff's original Request for Production of Documents, Plaintiff's Motion (docket entry #46) is DENIED as moot. Further discovery issues related to the existence of a video of the alleged events will be addressed at the pre-jury evidentiary hearing, which will be scheduled in a separate Order.

IT IS SO ORDERED this 31ST day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE